MURRAY LEWIS and Others v. SAMUEL SILVER.— Motion denied. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HUGH J. McCULLOUGH and Others v. AMERICAN YELLOW TAXI OPERATORS, INC.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

EVA O'NEILL v. INTERBOROUGH RAPID TRANSIT COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

IRVING L. ERNST and Others v. FREDERICK RUBY.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SARAH ALTMAN v. FANNIE POLLACK.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JAMES S. BROWN v. LOUIS D. CAMPS.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MAX COHEN v. INTERBOROUGH RAPID TRANSIT COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WESTWITT REALTY CORPORATION v. RUDOLPH E. BURGER.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

BARNET STRUCKLER v. BARNET TEITZ and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

348 MADISON AVENUE CORPORATION v. ROBERT P. MARSHALL and Others.— Motion granted; question certified. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GEORGE A. HAZEL, as Administrator, etc., v. NEW YORK CENTRAL RAILROAD COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HARRY C. FISHER v. GUS HILL.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

DAVID LILIENBLUM v. W. WISSOTZKY & Co., a Foreign Corporation.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FRED W. BENNETT v. JOHN B. LEWIS.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

BENJAMIN L. GREY v. LOUNSBURY-SOULE COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CONCITTINA SCIBETTA, as Administratrix, etc., v. ARTHUR J. SHADEK.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HARRY SILVERMAN, Doing Business, etc., v. THE McMILLAN CRAWFORD CORPORATION.— Motion for leave to appeal or for a reargument denied, with ten dollars costs. Motion for stay granted upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.